# CRIMINAL COMPLAINT

**ORIGINAL**

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO. |
|---|---|
| v. | |
| SERAFIN MONCADO a.k.a. Roger Moncada | MAGISTRATE'S CASE NO. 09- **09-1222M** |

FILED
CLERK, U.S. DISTRICT COURT
JUN 11 2009
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

Complaint for violation of Title 18 United States Code, Section 2422(b); Attempted Use of Facility of Interstate Commerce to induce a Minor to Engage in Criminal Sexual Activity.

| NAME OF MAGISTRATE JUDGE Hon. JACQUELINE CHOOLJIAN | UNITED STATES MAGISTRATE JUDGE | LOCATION Los Angeles County, CA |
|---|---|---|

| DATE OF OFFENSE June 10, 2009 | PLACE OF OFFENSE Los Angeles, CA | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE VIOLATION:

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT Marc J. Rotello |
|---|---|
| | OFFICIAL TITLE SPECIAL AGENT -Federal Bureau of Investigation |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1) | DATE June 11, 2009 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

SB:rd

## AFFIDAVIT

I, Marc J. Botello, being duly sworn, do hereby depose and state:

### I.   INTRODUCTION

1.   I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), and I have been so employed for approximately 21 years.  During my tenure as a Special Agent, I have conducted and participated in numerous investigations of criminal activity.  During the investigation of these cases, I have executed and participated in the execution of search and arrest warrants and seized evidence of violations of United States law.  I have completed more than 48 hours of instruction on how computers and the Internet are used by individuals to sexually exploit children.  I currently investigate, among other things, the sexual exploitation of children and child pornography in the Central District of California as part of the Southern California Regional Sexual Assault Felony Enforcement ("SAFE") Team.  The SAFE Team is responsible for enforcing federal criminal statutes involving the sexual exploitation of children under Title 18, United States Code, Section 2251, et seq.

### II.   PURPOSE OF AFFIDAVIT

2.   This affidavit is made in support of a criminal complaint charging SERAFIN MONCAYO, also known as Roger Moncada, with violating Title 18, United States Code, Section 2422(b);

1

Attempted Use of Facility of Interstate Commerce[1] to Induce a
Minor to Engage in Criminal Sexual Activity for Which a Person
Could be Charged with a Criminal Offense.[2]

3.    This affidavit is intended to show that there is
sufficient probable cause for the requested criminal complaint
and does not purport to set forth all my knowledge of, or
investigation into, this matter.

### III.  BRIEF OVERVIEW

4.    As set forth in detail below, on September 9, 2008, 34-
year-old SERAFIN MONCAYO contacted Lauren, whom he believed to be
a 13-year-old girl, in a Yahoo! chatroom.[3]  In his first
conversation with Lauren, MONCAYO acknowledged that Lauren was
"too young," but still suggested meeting in person.  Between
September 9, 2008, and June 5, 2009, MONCAYO and Lauren engaged
in approximately thirteen separate on-line chat conversations.
On June 8, 2009, MONCAYO had another conversation with Lauren,
via the internet, and arranged to meet her for sex.  On June 10,
2009, MONCAYO showed up at the agreed upon meeting location and

---

[1]Assistant United States Attorney Sarah Baxter has informed me that the
Ninth Circuit has held that the internet is an instrumentality of interstate
commerce.  She has informed me that in United States v. Sutcliffe, 505 F.3d
944, 953 (9th Cir. 2007), the Ninth Circuit stated that "it seems clear the
use of the internet is intimately related to interstate commerce. . . [and
that] the Internet is an instrumentality and channel of interstate commerce."

[2]The conduct at issue would support numerous criminal charges including,
but not limited to, Lewd Act upon a Child Under the Age of 14, California
Penal Code, Section 288.

[3]In truth, "Lauren" was an undercover FBI agent.

was arrested.

## IV.  DEFINITIONS AND BACKGROUND INFORMATION

5.   In this affidavit, the term "minor" and "sexually explicit conduct," as used herein, are defined as set forth in 18 U.S.C. § 2256.

6.  Based on discussions with SAs who have many years of experience investigating child pornography and child exploitation cases, and my own personal knowledge, I have knowledge of the Internet and how it operates.  For example, I know that the Internet is a worldwide computer network that allows communications, information and data to be transmitted from one computer to another across state, national and international boundaries.  Among the ways that individuals who utilize the Internet can communicate with one another is through the use of electronic mail messages ("e-mail") and Instant Messenger messages ("IM").

7.  The term "computer," as used herein, is defined pursuant to Title 18, United States Code, Section 1030(e)(1), as "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device but does not include an automated typewriter or typesetter, a portable hand held calculator, or

some other similar device."

8. **E-Mail.**   E-mail is an electronic form of communication from one person to one or more persons via the Internet which usually contains typed-written correspondence and may contain audio and visual images.   The physical world equivalent to e-mail is writing a letter on paper to somebody and sending it to them via the U.S. Postal Service.   An e-mail usually contains a message "header" which generally displays the sender's e-mail address, the recipient's e-mail address, and the date and time of the e-mail transmission.   If a sender chooses to do so, he or she can type a subject line into the header.

9. **Chat Rooms.**   A chat room is a public area of the Internet that users can visit in order to type messages to one another.   When an Internet user joins a chat room, he or she can view the text that is typed by any of the other participants to the chat.   The physical world equivalent to a chat room would be for a person to stand in a room full of people and shout a message so loudly that everyone in the room can hear it.   Chat rooms usually are named based on a topic of interest and users can choose rooms to enter by searching for chat room names that reflect their particular areas of interest.

10. **Instant Messages.**   IMs allow an Internet user to send and receive messages in real time to one specific user (instead of a group of users).   IMs are similar to e-mail except that IMs

4

are sent virtually instantaneously, and both parties to the
message are normally logged into the Internet for the purpose of
engaging in a real-time communication.  In order to communicate
via IMs, users must be logged onto the Internet using a unique
"screen name," which must be different from those already in use
during the ongoing chat session.

11.  IM conversations also can be called "chat sessions"
even though it is a conversation between only two people.
Individual users can also transmit photographs or graphic files
in real time during an IM chat session.

12.  A user can (although it is not required) be in a chat
room and also at the same time send an IM to any other on-line
user, including one that is in the same chat room.  The physical
world equivalent of this would be if a person is in a room full
of people and then leans over to whisper a message in the ear of
another individual in the room.  If the message is sent via IM,
only the sender and receiver can view the message.

13.  I know from my training and experience, and from
conversations with other agents with extensive experience in
investigating child exploitation crimes, that it is a common
practice for those who attempt to entice a minor to engage in
sexual activity via the Internet to utilize e-mail, IMs, and chat
room services in committing this crime.

14.  Based on my training and experience, I know that people

commonly use abbreviations during IM chatting.  Some examples of these would be:  "idk" for the phrase "I don't know"; "brb" for "Be right back"; "k" for "Okay"; and "lol" for "Laughing out loud."  I also know that it is common for people in IM chats to type in incomplete sentences, to misspell words frequently, and to not use capital letters.  Throughout the IM chat sessions described below, I used some of these abbreviations.

15. **Yahoo! Incorporated.**  Based on discussions with SAs who have many years of experience investigating child pornography and child exploitation cases, and my own personal knowledge, I know the following about Yahoo! Incorporated ("Yahoo!"):

a.    Yahoo! is a commercial computer service company located in Sunnyvale, California, that provides services to Internet users that include e-mail, groups, Internet search capability, games, personal ads, chat, instant messaging, and other services.  Many of the services offered by Yahoo! are free to the user.

b.    Users of certain Yahoo! services are required to register with Yahoo! to obtain a Yahoo! ID.  For example, using the "Yahoo! Games" service or using the web features of the "Yahoo! Messenger" services requires a user to sign in using a Yahoo! ID to access those services.  Not all Yahoo! services, however, require a Yahoo! ID.  For example, using Yahoo!'s Internet search engine does not require a Yahoo! ID.

c.   A Yahoo! ID is a unique identifier of a user's account.  The registration process requires that the user select an ID (sometimes referred to as a screen name, Login Name, or profile), a select password, and voluntarily supply some personal information.  This process is completed on-line by the user. Yahoo! does not verify the information provided by the user, such as their name and address.  In addition, Yahoo! does not require that a user supply a credit card account or other verifiable personal information.  As a result, the name and address provided by the user in their Yahoo! ID may be fictitious.

d.   Up to six "Profiles" can be associated with a single Yahoo! ID.  A profile is a user's own web page where they can post information about themselves.  These profiles are also known as aliases and allow the user to appear as someone other than their Yahoo! ID when using certain Yahoo! services.  Yahoo! profile information is supplied by the user and is not verified by Yahoo!.

e.   Other users of the Yahoo! service may be able to view profile information.  A user has the option to list or unlist their profile information, similar to telephone listings.

### V.   PROBABLE CAUSE

**A.   <u>On September 9, 2008, MONCAYO Contacts 13-year-old Lauren</u>**

16.  On September 9, 2008, at approximately 9:00 a.m., I logged onto Yahoo! Messenger service, in an undercover capacity, using the Yahoo! screen name "lorrengrl716" (hereinafter referred

to as "Lauren").

17.   I joined a chat room created by Yahoo! Inc. entitled

"California2" using Lauren's screen name.  At approximately 9:35

a.m., an individual using the Yahoo! screen name "cal310m," later

identified as SERAFIN MONCAYO, initiated a private IM chat

session with Lauren.  During this first conversation, MONCAYO

confirmed his knowledge of Lauren's age by asking her, "how old

are u."  After Lauren replied that she was going to be 14-years-

old, MONCAYO continued to chat with Lauren and suggested that

they meet in person.  More specifically, the September 9, 2008,

chat included the following:

a.   MONCAYO described himself as a 34 year old male

from San Pedro, California.  MONCAYO stated, "im 34," and "san

pedro."  He then asked Lauren where she was from and how old she

was, stating "wher u at," and "how old are u."  After Lauren

responded, "west LA," and "im gonna be 14," MONCAYO stated, "yeah

u r too young."

b.   MONCAYO asked Lauren if she was a virgin, stating

"r u virgen still."  After Lauren indicated she was a virgin,

MONCAYO told her if she was a couple years older than he would

invite her to go out with him and have some fun, stating "if u

were couple more yrs old i'll invite u to go out and have some

fun."

c.   Later in the conversation, MONCAYO did ask Lauren

if she would accept an invitation to go out with him and if she

would be willing to go to a private place where they could be

alone, stating "if i invite u now to go somewhere and have some fun would u accept my invitation" and "would u accept to go to a private place where we can be alone?"

      d.    Lauren asked MONCAYO what type of private place he was talking about, stating "like a park or what" and "like where." MONCAYO responded, "like a room." When Lauren asked if he meant like a bedroom or a hotel room, MONCAYO stated, "exactly."

**B.   <u>MONCAYO'S OCTOBER 29, 2008 Conversation with Lauren</u>**

      18.   On October 29, 2008, at approximately 2:30 p.m., MONCAYO sent Lauren an instant message, initiating an on-line conversation. This conversation included the following:

      a.    MONCAYO asked Lauren when they were going to meet, stating "so when r we going to meet."

      b.    MONCAYO also asked Lauren where he could pick her up, stating "ok and where can i pick u up." Lauren told MONCAYO he could pick her up near her house and asked him what kind of car he drove. MONCAYO stated, "is a ford explorer or expedition."

      c.    MONCAYO and Lauren discussed whether she could meet him in the morning, stating "so in the morning u cant go out." Lauren responded, "no..i got school." MONCAYO suggested Lauren skip school stating, "what about if u dnt go for one day." Lauren replied that might work if she told her mom she was sick, stating "um..yah..maybe..i mite be able to tell my mom im sick or something."

C.    **MONCAYO'S January 6, 2009 Conversation with Lauren**

19.  On January 6, 2009, at approximately 4:55 p.m., MONCAYO
sent Lauren an instant message, initiating an on-line
conversation.  This conversation included the following:

a.    MONCAYO discussed with Lauren the fact they had
not chatted for awhile and that Lauren was returning to school
after winter break.  MONCAYO stated his desire to still meet
Lauren, stating "and when im going to meet u."

b.    Lauren told MONCAYO the she remembered from
previous chat conversation that MONCAYO was significantly older
than she, stating "arent you like way older than me?"  MONCAYO
advised he was 33 years old, stating "ok im 33 yrs old do u care
about that."  Lauren responded, "so your like only 20 years older
than me...lol."  MONCAYO confirmed the age difference and his
continued desire to meet Lauren, stating "yeah...if u dnt care
and if u want i want to meet u."

c.    MONCAYO asked Lauren if she would be willing to go
with him to a place where they could be alone, stating "if i take
u to a place where we can be alone and nobody can disturb us
would u acept to go."  After Lauren asked MONCAYO what he wanted
to do, MONCAYO stated "i just want to be with u and have some sex
if u acept."  Lauren asked, "sex?..u mean like kissing or what."
MONCAYO responded, "yes something like that."

d.    MONCAYO and Lauren continued to discuss what they
would do when they met.  MONCAYO described how he would want to
kiss Lauren and then see what happens from there, stating "yes u

know talk and start having sex by kissing and that stuff" and "if u having sex u start by kissing then whatever comes up."

     e.   MONCAYO asked how old Lauren was, stating "how old r u." Lauren told MONCAYO she was going to be turning 14, stating "gonna be 14" and "i told u that before...LOL." MONCAYO asked Lauren if she was 13 years old, stating "so u r 13 now." After Lauren confirmed she was 13 years old, MONCAYO stated "so u dnt mind in meeting me?"

     f.   At the end of the conversation, MONCAYO provided his email address to Lauren, stating "so this is my email if u want to email me cal310m@yahoo.com. Lauren provided her email address as lorrengrl716@yahoo.com.

D.  **MONCAYO'S January 9, 2009 Email to Lauren**

    20.  On January 9, 2009, at approximately 9:56 p.m., MONCAYO, using the email address of "cal310m@yahoo.com" sent an email to Lauren at "lorrengrl716@yahoo.com." The email stated the following:

     "hi baby how u doing im sending this email to you to remain you if u gona do it on wed. remember our plan so let me know as soon as u can girl and tell me where u live and how i can get there or just give ur address. wish u can accept my invitation take care and hope to hear soon from you."

///

11

E.    <u>MONCAYO'S March 28, 2009 Conversation with Lauren</u>

21.   On March 28, 2009, at approximately 8:00 p.m., MONCAYO sent Lauren an instant message, initiating an on-line conversation.   This conversation included the following:

a.    MONCAYO discussed meeting Lauren the following Wednesday for kissing and hugging, stating "so lets meet this wed" and "i wanna hug u and kiss u."

b.    MONCAYO and Lauren discussed meeting at a local coffee shop or video store.   MONCAYO asked, "tell me where im going to meet u."   After Lauren advised there was a Starbucks and a video store by her house, MONCAYO stated, "ok we going to meet there."

c.    Later in the conversation, MONCAYO asked Lauren if she had any pictures of herself to send him, stating "have pix" and "can see."   After Lauren indicated she had a picture to share, she asked MONCAYO if he had a picture.   MONCAYO indicated he had a web camera, stating "just have cam" and "want to see."

d.    Lauren sent MONCAYO two photographs which she claimed were photographs of herself but in actuality were photographs of a female officer from the California Highway Patrol (CHP) who has consented to the use of these photographs in child exploitation cases, taken at approximately age 13.   One photograph depicts a young female with long brown hair wearing a flowered dress.   The other photograph depicts the same girl wearing a black dress.   After receiving the photographs, MONCAYO responded "is great" and "yes u r so beautifull."   He also asked

12

Lauren to dress the same way on the day they meet because it makes her look older, stating "hey can u dress that day the way u looks lil older than ur real age."

    e.  MONCAYO sent a request for Lauren to view his web camera.  After Lauren accepted MONCAYO's request, a video image of an adult male was viewed and captured as evidence.  The adult male, approximately 30 to 35 years of age, with dark hair, wearing a white-colored undershirt, was observed sitting in a chair at a desk.  During the time of the video image being displayed, MONCAYO stated, "hi baby thats me."

**F.  MONCAYO'S June 3, 2009 Conversation with Lauren**

    22.  On June 3, 2009, at approximately 4:26 p.m., MONCAYO sent Lauren an instant message, initiating an on-line conversation.  This conversation included the following:

    a.  MONCAYO asked Lauren if she still wanted to meet him, stating "do u still want to meet me."  After Lauren indicated she was willing to meet him and asked MONCAYO when he wanted to meet, MONCAYO responded, "this coming Tuesday" and "can u do it morning."

    b.  Lauren questioned MONCAYO as to what they were going to do when they met.  MONCAYO stated they could get a drink, talk, and kiss, stating "ok so get a drink whatever u wana drink coffee or juice or anything, talk, kiss u and whatever comes with that."  MONCAYO also asked if Lauren would be willing to kiss him, stating "what about u to kiss me too."

    c.  Later in the conversation, MONCAYO asked Lauren if

she would be willing to engage in sexual intercourse with him.
The following is an excerpt from that conversation:

cal310m:          would u do it

lorrengrl716:  do it?...what?

cal310m:          have sex

lorrengrl716:  OMG!!...LOL

lorrengrl716:  i guess it would depend

cal310m:          depends on what

lorrengrl716:  lots of stuff..if the guy was nice and if we like
                       really got along good n stuff..and like idk..lol

cal310m:          ok

lorrengrl716:  why u ask that?..lol

cal310m:          just want to know

lorrengrl716:  oh..ok

cal310m:          would u do it with me

lorrengrl716:  you mean like do sex

cal310m:          yes would u do it

lorrengrl716:  you mean like kissing or like all the way sex?

cal310m:          i mean everything

lorrengrl716:  all the way?

cal310m:          yes

lorrengrl716:  um..not sure...i mite wanna

lorrengrl716:  but i wudnt wanna get in trouble...

cal310m:          why u going to get in trouble

lorrengrl716:  idk...if somebody like sees us or if i get like
                       prgnt or something

14

```
lorrengrl716:   my mom would kick my A_ _ !!!...LOL
cal310m:        u r not going to get pregnt baby i promise that
lorrengrl716:   how do u know that
cal310m:        there r so many different methods to take care of
lorrengrl716:   oh
cal310m:        and if u dnt want anybody see us we can stay in my
                car
```

     d.    Lauren asked MONCAYO if he thought she was ready
to have sexual intercourse.  MONCAYO advised Lauren it depended
on whether she wanted to do it, stating "is all depends if u want
to do it."  Lauren told MONCAYO she would be 14-years-old in July
and so that might be old enough, stating "and i will be 14 in
july...so thats prob old enuf...rite?"  MONCAYO responded "yeah u
r rite."

     e.    Lauren asked MONCAYO, if they decided to have sex,
could they go slow because she had heard that it might hurt the
first time.  MONCAYO told Lauren they would go as slow as she
wanted, stating "sure we can go as slow as u want baby."

     f.    Lauren expressed her concern that if she and
MONCAYO engaged in sexual intercourse than she might become
pregnant.  MONCAYO assured Lauren that she would not get
pregnant, stating "if that u big worry forget it u r not going to
get pregnt i told u that i promise."  After Lauren's repeated
concerns about getting pregnant, MONCAYO stated it could happen
but he was going to take care of her, stating "yes it can happens
but that is if u dnt take care of that and i told u im going to

take care of u."

g.   At the end of the conversation, MONCAYO provided his cell telephone number as "424-2009103."

## G.   MONCAYO'S June 8, 2009 Conversation with Lauren

23.   On June 8, 2009, at approximately 4:18 p.m., MONCAYO sent Lauren an instant message, initiating an on-line conversation.   This conversation included the following:

a.   Lauren told MONCAYO that she would not be able to meet him on Tuesday but would be able to meet him on Wednesday, June 10, 2009.

b.   MONCAYO asked Lauren if they were still going to have sex, stating "we still going to do it right."  Lauren told MONCAYO that she had been thinking that maybe she should wait to have sex until she turns 14-years-old in July, stating "i was thinking maybe i should wait til like on my b-day when i turn 14..but then i kinda thinking i was ok with it now."  MONCAYO told Lauren to think of having sex as a birthday present, stating "yeah just think this is for ur bday."

c.   Lauren expressed her concern about whether having sex would be painful.  MONCAYO told Lauren, "no if u stop thinking that."

d.   Lauren expressed her concern about getting pregnant.  MONCAYO stated, "u r not goin to baby i can tell u that for sure" and "stop thinking like that because u r not goin to enjoy it."

e.   MONCAYO and Lauren discussed where they would meet

16

and where they would go after they met.  MONCAYO asked Lauren if she wanted to stay in her house, stating "u wana stay in ur house?"  Lauren responded, "yah..that mite be ok."  MONCAYO stated they could go to a motel but that it would be approximately 30 minutes away, stating "we can go to a motel but is like 30min away from ur house."  After Lauren asked why the motel was so far away and why they could not go to a motel by her house, MONCAYO stated he did not want to do that because of her age and that someone might see her, stating "no because ur age u know they might see u."

      f.   MONCAYO and Lauren discussed meeting at her house on South Bundy in Santa Monica, California, on Wednesday, June 10, 2009, at approximately 10:30 a.m..  MONCAYO stated, "9:45 is ok."  Lauren advised that her mother did not go to work until 9:30 or 10:00 and stated, "so prob more like 10:30."

**H.   On June 10, 2009, MONCAYO Attempted to Meet Lauren in Person**

    24.  On June 10, 2009, at approximately 10:00 a.m., several members of the SAFE Team conducted surveillance in the vicinity of the 1600 block of South Bundy Avenue, Santa Monica, California.

      a.   At approximately 10:08 a.m., MONCAYO was observed sitting inside a black Ford Expedition parked near the address of 1661 South Bundy Avenue, Santa Monica, California.  MONCAYO appeared to be the same man who sent his picture to Lauren on March 28, 2009.  Members of the SAFE Team approached MONCAYO as he was exiting his vehicle, identified themselves, and placed him

under arrest without incident.

25.   I subsequently interviewed MONCAYO, who after waiving his Miranda rights, stated the following:

i.   MONCAYO confirmed that his screen name was "cal310m," admitted to using the alias of "Roger Moncado," admitted that he had been chatting with Lauren for several months, and acknowledged knowing that Lauren was 13 years old, turning 14 in July.

ii.   MONCAYO admitted that in his chats, he had discussed with Lauren meeting her to have sexual intercourse with her.

iii. MONCAYO admitted that the location where he was arrested was the location where he was supposed to meet Lauren.

iv.   MONCAYO admitted that he went to this location with the intention of meeting the person he believed to be Lauren and engaging in sexual intercourse with her.

v.   MONCAYO acknowledged that he knew that it was illegal to have sex with a minor.

vi.   MONCAYO admitted to bringing condoms and lubricant for the purpose of engaging in sexual intercourse with the person he believed to be a 13-year-old girl named Lauren.

26.   At the conclusion of the interview, MONCAYO provided law enforcement officers with consent to search his vehicle, a 2003 Ford Expedition, with California license number 4ZJB800, which he had driven to the meet location, and to search his residence located at 676 1/2 West 15th Street, San Pedro,

California, 90731.

 a. The consent to search extended to any electronic device, including computers, compact disk, floppy disk, zip disk, Personal Data Assistants (PDA's), memory cards, digital video/camera equipment, and all electronic information held on the hard drive of such equipment.

## I. <u>Identification of SERAFIN MONCAYO</u>

27. For each Instant Message conversation between MONCAYO and Lauren described above, MONCAYO used the Yahoo! screen name "cal310m," and the alias name of "Roger Moncado."

28. On March 6, 2009, I reviewed a fax dated March 6, 2009, that had been provided by Yahoo! Inc. regarding the Yahoo! screen name "cal310m."  I learned that the Yahoo! subscriber for the screen name "cal310m" is "Mr. ROGER MONCADO," San Pedro, California, 90732.

29. Upon his arrest, MONCAYO was in possession of a Mexico Matricula Consular Identification Card number 7267612 in the name of "Serafin Moncayo-Garcia," with a date of birth of September 1, 1973, and an address of 676 1/2 West 15th Street, San Pedro, California, 90731.

///

///

///

## VI.   CONCLUSION

30.   Based on the facts set forth herein, and based on my training, education, experience, and participation in this investigation, there is probable cause to believe that SERAFIN MONCAYO has violated Title 18, United States Code, Section 2422(b): Attempted Use of Facility of Interstate Commerce to Induce a Minor to Engage in Criminal Sexual Activity for Which a Person Could be Charged with a Criminal Offense.

MARC J. BOTELLO
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me this ____ day of _____.

_____
HONORABLE _____

UNITED STATES MAGISTRATE JUDGE